MAMARONECK SASH, DOOR AND TRIM COMPANY, INC., Respondent, *v.* FRANCIS B. WOOD et al., Appellants, Impleaded with Another.

*Mamaroneck Sash, D. & T. Co.* v. *Wood,* 170 App. Div. 950, appeal dismissed.
(Submitted April 17, 1916; decided April 25, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 19, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

The motion was made upon the ground of failure to file the required undertaking and return.

*William Baruch* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.